1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10
11  RALPH COLEMAN, et al.,
12              Plaintiffs,
13        v.                            CIV. NO. S-90-520 LKK/JFM
14  ARNOLD SCHWARZENEGGER, et al.,
15              Defendants.
                                      /
16
    MITCHELL J. KLEMASKE,
17
                Plaintiff,
18
          v.                            CIV. NO. S-04-1750 FCD/KJM
19
    MICHAEL BRUNNELL, et al.,           NON-RELATED CASE ORDER
20
                Defendants.
21                                    /

22      The court has received the Notice of Related Cases concerning
23 the above-captioned cases.  See Local Rule 83-123 (1997).  The
24 court has determined, however, that it is inappropriate to relate
25 or reassign the cases, and therefore declines to do so.  This order
26 is issued for informational purposes only, and shall have no effect

on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: September 21, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2