IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MITCHELL KLEMASKE,

    Plaintiff,                          No. CIV S-04-1750 FCD KJM P

    vs.

MICHAEL BRUNNELL, et al.,

    Defendant.                      ORDER

_____/

        On August 24, 2004, plaintiff, a state prison inmate then proceeding in pro per, filed a complaint alleging causes of action under the Civil Rights Act, 42 U.S.C. § 1983 and the Americans With Disabilities Act, 42 U.S.C. § 12132. On February 9, 2005, the court found the complaint appropriate for service on defendants Brunell and Woodford. On April 19, 2005, defendants Brunell and Woodford filed a motion to dismiss.

        On June 23, 2005, attorneys Claudia Center and Lewis Bossing of The Legal Aid Society, Employment Law Center, entered an appearance on behalf of plaintiff and opposed the motion to dismiss.

        On November 9, 2005, plaintiff filed a first amended complaint alleging causes of action under the Americans With Disabilities Act, 42 U.S.C. § 12132, the Rehabilitation Act, 29 U.S.C. §§ 791, et seq., and California Government Code § 11135. On November 23, 2005,

1

defendants filed a motion to dismiss the first amended complaint and set it for hearing before the undersigned on December 28, 2005.

Local Rule 72-302 sets forth the duties to be performed by magistrate judges. Among these are

> Cases brought by a person in custody who is seeking habeas corpus relief (28 U.S.C. § 2241 et seq., or any relief authorized by 42 U.S.C. § 1981 et seq.), including dispositive and non-dispositive motions.

Local Rule 72-302 (c) (17).

Because the amended complaint does not include a cause of action "authorized by 42 U.S.C. § 1981 et seq.", the hearing on the motion to dismiss and all further proceedings should be held before the District Court.

Moreover, because plaintiff has filed an amended complaint, defendants' first motion to dismiss the original complaint is moot.

Accordingly, IT IS HEREBY ORDERED:

1. The hearing on defendants' motion to dismiss filed November 23, 2005, currently set before the undersigned on December 28, 2005, is vacated and defendants are directed to renotice their motion before the District Judge;

2. Defendants' April 19, 2005 motion to dismiss is denied as moot; and

3. The Clerk of the Court is directed to change the "nature of suit" code in the court's records to reflect the causes of action pled in the first amended complaint.

DATED:  December 23, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
klem1750.ord