HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
KURT A. FRANKLIN - 172715
PAUL B. MELLO – 179755
DOROTHY S. LIU - 196369
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
jschaefer@hansonbridgett.com

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5717
Facsimile:  (415) 703-5843
jay.russell@doj.ca.gov

Attorneys for Defendants California Department of Corrections
and Rehabilitation, Roderick Q. Hickman, Jeanne S. Woodford,
Thomas Felker, Mark Shepherd, and Thomas L. Carey

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MITCHELL J. KLEMASKE, <br><br>  Plaintiff, on behalf of himself and others similarly situated, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br>  Defendants. | No. 2:04-cv-01750-FCD-KJM <br><br> CLASS ACTION <br><br> **JOINT STIPULATION and ORDER TO CONTINUE DATES FOR (1) FILING JOINT STATUS REPORT, AND (2) EXCHANGING RULE 26 INITIAL DISCLOSURES** |

- 1 -

1  Defendants California Department of Corrections and Rehabilitation (CDCR), Roderick
2  Q. Hickman, Jeanne S. Woodford (improperly named in Plaintiff's First Amended Complaint as
3  Jeanne S. Woodward), Thomas Felker, Mark Shepherd and Thomas L. Carey (collectively the
4  "Defendants"), and Plaintiff Mitchell J. Klemaske ("Plaintiff"), by and through their respective
5  attorneys, hereby stipulate as follows:

6  WHEREAS no Case Management Conference or Joint Status Conference date has been
7  set in this matter;

8  WHEREAS a Joint Status Report is currently due to be filed with the Court on Monday,
9  March 6, 2006;

10  WHEREAS this matter is filed as a putative class action, and the issues and factual
11  allegations are potentially complex;

12  WHEREAS counsel for defendant, Hanson Bridgett Marcus Vlahos & Rudy, has newly
13  substituted into this matter;

14  WHEREAS Defendants just recently filed an answer to the complaint, on February 17,
15  2006;

16  WHEREAS the parties require an extension of time to allow sufficient time to evaluate
17  both Plaintiff's claims and Defendants' defenses, and to meaningfully discuss (1) Rule 26 initial
18  disclosures, (2) anticipated discovery and scheduling, (3) anticipated motions, (4) purported
19  related cases, (5) legal and factual issues, (6) issues related to the putative class, (7) claimed relief
20  sought by Plaintiff, and (8) prospects for negotiating a mutually agreeable resolution;

21  WHEREAS the parties have discussed the benefit of extending the time to file a Joint
22  Status Report and Rule 26 initial disclosures, and believe such an extension will both help in the
23  administration of this case and save judicial resources;

24  WHEREAS the parties stipulate that the time to file a Joint Status Report be extended to
25  March 27, 2006; and

26  WHEREAS the parties stipulate that the time to exchange Rule 26 initial disclosures be
27  extended to March 27, 2006.

28  / / /

1  Plaintiffs and Defendants hereby request the Court to approve this stipulation to continue
2  the dates to file the Joint Status Report and exchange Rule 26 initial disclosures in accordance
3  with the terms of this Stipulation.

DATED: March 1, 2006

HANSON, BRIDGETT, MARCUS,
VLAHOS & RUDY, LLP


By: ___/s/ Kurt A. Franklin___
JERROLD C. SCHAEFER
KURT A. FRANKLIN
PAUL B. MELLO
DOROTHY S. LIU
Attorneys for Defendants
CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION


Dated:    March 1, 2006

The Legal Aid Society-Employment
Law Center


By: ___/s/ Claudia Center___
     (as authorized on 3/1/06)
CLAUDIA CENTER
Attorneys for Plaintiff
Mitchell J. Klemaske


GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED.

Dated: March 2, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Court, Eastern District

- 3 -
JOINT STIPULATION AND ORDER TO CONTINUE DATES
(CASE NO. CV 2:04-01750 FCD KJM)

1239519.1