IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MITCHELL J. KLEMASKE,

    Plaintiff,               No. CIV S-04-1750 LKK JFM P[1]

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

    Defendants.
_____/

ROBERT HECKER, et al.,

    Plaintiffs,              No. CIV S-05-2441 LKK JFM P[2]

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

    Defendants.            ORDER SETTING STATUS CONFERENCE
_____/

---

[1] Henceforth the parties shall use the complete case number as set forth in this order to identify this action.

[2] See Footnote 1, supra.

1

Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 16-240, IT IS HEREBY ORDERED that:

1. A Status (Pretrial scheduling) Conference is set in each of the above-captioned cases for June 1, 2006, at 11:00 a.m. in Courtroom # 25 before the undersigned.

2. The parties are not required to submit to the court or serve upon the parties a status report, but counsel shall attend the Status Conference prepared to briefly set out their views on the following matters:

   a. Service of process;

   b. Possible joinder of additional parties;

   c. Any expected or desired amendment of the pleadings;

   d. Jurisdiction and venue;

   e. Anticipated motions and the scheduling thereof;

   f. Anticipated discovery and the scheduling thereof;

   g. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

   h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

   i. Whether these matters are to be tried before this court or the district court. See 28 U.S.C. § 636(c);

   j. Whether the counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

   k. Any other matters that may add to the just and expeditious disposition of this matter.

/////

/////

1	        3.  Counsel are reminded of their continuing duty to notify chambers immediately
2	of any settlement or other disposition (see Local Rule 16-160).
3	DATED: May 4, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
heck2441.sc